# MEMORANDUM DECISIONS.

ABIA, Appellant, v. BOLLERMAN, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Guiseppi Abia against Arthur Bollerman. J. Friedman, for appellant. G. C. Fox, for respondent. No opinion. Order affirmed, with costs. Order filed.

ABIA v. BOLLERMAN. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Guiseppe Abia against Arthur Bollerman. No opinion. Motion granted. Settle order on notice.

ADLIN, Respondent, v. EXCELSIOR BRICK CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Minnie Adlin, as administratrix, etc., against the Excelsior Brick Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

AHRENSBEUMER, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Helene Ahrensbeumer against the board of education of the city of New York. No opinion. Judgment affirmed, with costs.

ALBANY INDUSTRIAL CO., Respondent, v. KILMER, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by the Albany Industrial Company against Jones M. Kilmer. No opinion. Order affirmed, with $10 costs and disbursements.

ALEXANDRE et al., Appellants, v. McNERNEY, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Saul Alexandre and Joseph Meyer, copartners, etc., against Richard McNerney. No opinion. Judgment of the Municipal Court affirmed, with costs.

ALMSTEAD ELECTRIC CO., Respondent. v. PULVER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by the Almstead Electric Company against Frank F. Pulver and others. No opinion. Judgment affirmed, with costs.

ALVAREZ, Respondent, v. CAMARGO, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Jose R. Alvarez against Thomas C. Camargo. F. Allen, for appellant. H. Hoelljes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AMERICAN DOCK & TRUST CO., Respondent, v. TWEEDIE TRADING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the American Dock & Trust Company against the Tweedie Trading Company. No opinion. Judgment unanimously affirmed, with costs.

AMEY, Appellant, v. BROOKLYN DAILY EAGLE, Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Mary Amey against the Brooklyn Daily Eagle.

PER CURIAM. Order reversed, with costs, and verdict reinstated, on the ground that the case was one which permitted punitive damages.

WOODWARD and JENKS, JJ., vote for affirmance.

ANDERSON, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Cora M. Anderson against the Interurban Street Railway Company. B. H. Ames, for appellant. B. R. Duncan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ASCHE, Appellant, v. SEALE, Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Charles H. Asche against H. Outram Seale. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BACHMAN v. OLIVER et al. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Max Bachman against Horace G. Oliver and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

ROBSON, J., not sitting.

BAECHT v. HEVESY. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Caroline Baecht against Louis Hevesy. No opinion. Motion for restitution denied, without costs. Settle order on notice.

BAECHT v. HEVESY. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Caroline Baecht against Louis Hevesy. No opinion. Motion for resettlement granted, without costs. Settle order on notice.